Case 4:23-cv-04333   Document 109   Filed on 12/12/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 13, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ASG Chemical Holdings, LLC, *Plaintiff*, | § § § | |
| v. | § § | Civil Action H-23-4333 |
| Bisley International, LLC, *Defendant*. | § § § | |

# ORDER

On November 18, 2024, Magistrate Judge Peter Bray recommended that the court grant in part and deny in part Third-Party Defendants Ward and B4 Arrow Consulting LLC's 12(b)(6) Motion to Dismiss Bisley's Amended Third-Party Complaint. ECF No. 98. On December 3, 2024, Third-Party Defendants Ward and B4 Arrow Consulting LLC objected to the Memorandum and Recommendation. ECF No. 102. The objections are **DENIED**. The court **ADOPTS** the memorandum and recommendation as its memorandum and opinion.

Signed at Houston, Texas, on December *12*, 2024.

Sim Lake
Senior United States District Judge