United States District Court
Southern District of Texas
**ENTERED**
December 19, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ASG Chemical Holdings, LLC,<br>*Plaintiff,*<br><br>v.<br><br>Bisley International, LLC,<br>*Defendant.* | Civil Action H-23-4333 |

## ORDER

On November 19, 2024, Magistrate Judge Peter Bray recommended that the court deny Third-Party Defendants Claudio Manissero and Jeff Koebrick's Motion to Dismiss for Lack of Personal Jurisdiction. ECF No. 100. On December 4, 2024, Third-Party Defendants Manissero and Koebrick objected to the Memorandum and Recommendation. ECF No. 103. On December 18, 2024, Defendant Bisley International responded to the objections. ECF No. 113. The objections are **DENIED**. The court **ADOPTS** the memorandum and recommendation as its memorandum and opinion.

Signed at Houston, Texas, on December 19, 2024.

_____
Sim Lake
Senior United States District Judge