United States District Court
Southern District of Texas
**ENTERED**
December 23, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ASG Chemical Holdings, LLC, *Plaintiff*, | § § § § § § § | |
| v. | | Civil Action H-23-4333 |
| Bisley International, LLC, *Defendant*. | | |

# ORDER

On November 25, 2024, Magistrate Judge Peter Bray recommended that the court deny Third-Party Defendant Ken Pryde's Motion to Dismiss for Lack of Personal Jurisdiction. ECF No. 101. On December 10, 2024, Third-Party Defendant Ken Pryde objected to the Memorandum and Recommendation. ECF No. 106. On December 20, 2024, Third-Party Plaintiff Bisley International responded to the objections. ECF No. 115. The objections are **DENIED**. The court **ADOPTS** the memorandum and recommendation as its memorandum and opinion.

Signed at Houston, Texas, on December **23**, 2024.

Sim Lake
Senior United States District Judge