United States District Court
Southern District of Texas
**ENTERED**
January 08, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ASG Chemical Holdings, LLC, *Plaintiff*, | § § § | |
| v. | § § | Civil Action H-23-4333 |
| Bisley International, LLC, *Defendant*. | § § § | |

## ORDER

On November 18, 2024, Magistrate Judge Peter Bray recommended that the court deny Bisley International, LLC's Motion to Dismiss ASG Chemical Holdings, LLC's Counterclaims. ECF No. 99. No objections were filed. The court **ADOPTS** the memorandum and recommendation as its memorandum and opinion.

Signed at Houston, Texas, on January 8, 2025.

Sim Lake
Senior United States District Judge