United States District Court
Southern District of Texas
**ENTERED**
August 26, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ASG Chemical Holdings, LLC, *Plaintiff*, | § § § | |
| v. | § § | Civil Action H-23-4333 |
| Bisley International, LLC, *Defendant*. | § § § | |

## ORDER

On August 8, 2025, Magistrate Judge Peter Bray recommended that the court deny Motions for Reconsideration and Certification of Interlocutory Appeal by Claudio Manissero, Jeff Koebrick, and Ken Pryde. ECF No. 153. The parties were provided with notice and an opportunity to object to the magistrate judge's recommendation. Claudio Manissero and Jeff Koebrick filed objections to the recommendation. ECF No. 154. Ken Pryde did not object.

The court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has reviewed the recommendation de novo and finds no error in law or fact. The court therefore **ADOPTS** the memorandum and recommendation as its memorandum and opinion.

Signed at Houston, Texas, on August 26, 2025.

_____
Sim Lake
Senior United States District Judge